FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAKOV BRUTSKI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY, an Illinois corporation, doing business in the State of Washington,<br><br>Defendant. | CASE NO: 2:24-CV-00152-RLP<br><br>ORDER ON STIPULATED MOTION FOR ORDER OF DISMISSAL |

Before the Court is the parties' Stipulation and Order of Dismissal of All Claims with Prejudice, ECF No. 23. The parties stipulate to the dismissal of this action with prejudice and without an award of attorney fees or costs. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation for Dismissal, **ECF No. 23**, is **GRANTED**.

ORDER ON STIPULATED MOTION FOR ORDER OF DISMISSAL * 1

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED April 29, 2026.

_____
REBECCA L. PENNELL
United States District Judge

ORDER ON STIPULATED MOTION FOR ORDER OF DISMISSAL * 2